UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WILMINGTON SAVINGS FUND SOCIETY,
FSB, not in its individual capacity but solely
as owner trustee of the Aspen Holdings Trust,
a Delaware statutory trust,
                    Plaintiff,

v.

JAMES B. SMITH, SUSAN J. SMITH, and
JENNY BRANDAO,
                    Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 120 (VB)

As discussed at today's on-the-record show cause hearing on plaintiff's motion for a default judgment, attended by plaintiff's counsel and at which no defendant appeared, it is HEREBY ORDERED, by May 31, 2022, plaintiff's counsel shall file a supplemental memorandum of law addressing the legal basis supporting plaintiff's ownership of the Note (as defined in the complaint (Doc. #1 at 4)) as well as a complete copy of the Note.

Plaintiff's counsel shall also file, to the extent available, the supplemental information requested by the Court with respect to the statement of damages. (Doc. #31-1 at ECF 91–93).

Dated: April 28, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge