```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WILMINGTON SAVINGS FUND SOCIETY,           :
FSB, not in its individual capacity but solely as  :
owner trustee of the Aspen Holdings Trust, a   :
Delaware statutory trust,                   :
                    Plaintiff,              :     ORDER
                                            :
v.                                          :     22 CV 120 (VB)
                                            :
JAMES B. SMITH, SUSAN J. SMITH, and         :
JENNY BRANDAO,                              :
                    Defendants.             :
--------------------------------------------------------------x
```

Today, May 12, 2022, counsel for plaintiff filed a letter informing the Court that this action is stayed because defendant James B. Smith filed for Chapter 13 bankruptcy on May 9, 2022. (Doc. #37).

Accordingly, this action is STAYED pending further order of the Court.

By August 12, 2022, and every ninety days thereafter, counsel for plaintiff shall file a letter updating the Court on the status of defendant James B. Smith's bankruptcy case.

Dated: May 12, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge